# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF JUDICIAL
DISCIPLINE OF RICHARD SCOTTI.

No. 82629

FILED

MAY 24 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER ADMINISTRATIVELY CLOSING CASE*

This matter was docketed in this court on March 15, 2021, with the filing of a Certified Copy of Stipulation and Order of Consent to Public Reprimand. *See* Procedural Rules of the Nevada Commission on Judicial Discipline ("PRJDC"), Rule 28(2) (upon the filing of adoption and filing of a decision, the commission must file a certified copy of the decision with the clerk of the Supreme Court). Appellant did not subsequently file a notice of appeal with the clerk of the commission. *See* PRJDC 34(2); NRAP 3D(d). Accordingly, the clerk of this court is directed to administratively close this matter.

It is so ORDERED.

_____, C.J.

cc:     The Firm, P.C.
        Nevada Commission on Judicial Discipline
        Fennemore Craig, P.C./Las Vegas

SUPREME COURT
OF
NEVADA



(O) 1947A

21-14791